UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                   Miscellaneous Case No. 1:11-mc-51-PB

<u>Arthur J. Decola, Jr.</u>

<u>O R D E R</u>

In accordance with the endorsed order dated January 4, 2012 granting the [7] United States of America's Assented-to Motion For Entry of Order Enforcing IRS Summonses, it is hereby ordered that the taxpayer, Arthur J. Decola, Jr., obey the IRS summonses and that he appear at the IRS Office, 80 Daniel Street, Portsmouth, New Hampshire on February 3, 2012 at 9:00 a.m. before Revenue Officer J.L. Shing (or any other authorized Revenue Officer of the IRS) and provide the documents and information required by the IRS summonses.

       SO ORDERED.


January 4, 2012                                       /s/ Paul J. Barbadoro
                                                       Paul J. Barbadoro
                                                       United States District Judge


cc:     Michael T. McCormack, AUSA
        Arthur J. Decola, Jr.